**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7306**

KEITH JUBILEE, SR.,

             Plaintiff - Appellant,

        v.

EASTERN SHORE REGIONAL JAIL, operators; EASTERN SHORE REGIONAL
JAIL BOARD OF DIRECTORS, Governing Board,

             Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   James C. Cacheris, Senior
District Judge.   (1:15-cv-00652-JCC-TCB)

Submitted:  January 21, 2016            Decided:  March 2, 2016

Before WYNN, FLOYD, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Keith Jubilee, Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keith Jubilee, Sr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Jubilee v. Eastern Shore Reg'l Jail, No. 1:15-cv-00652-JCC-TCB (E.D. Va. May 26, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED